STATE OF CONNECTICUT *v.* ANN LOUISE-JULIE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 837 (AC 19479), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided January 16, 2001

WILLIAM H. REID *v.* COMMISSIONER OF CORRECTION

The petitioner William H. Reid's petition for certification for appeal from the Appellate Court, 60 Conn. App. 835 (AC 19628), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided January 16, 2001

DAVID POLLITT *v.* COMMISSIONER OF CORRECTION

The petitioner David Pollitt's petition for certification for appeal from the Appellate Court, 60 Conn. App. 743 (AC 19779), is denied.